# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Symbology Innovations, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:19-02867-JGC |
| | ) | |
| v. | ) | Judge James G. Carr |
| | ) | |
| Johnny Rockets Group, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff Symbology Innovations LLC ("Symbology"), by and through undersigned counsel, hereby requestS that the date for Defendant Johnny Rockets Group, Inc. to answer or otherwise respond to Symbology's Complaint be extended by thirty (30) days, until April 22, 2020. The reason for this extension is to allow the parties to finalize settlement negotiations. The requested extension should not disrupt the schedule in this case or prejudice any party.

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not oppose this motion.

Dated:  March 17, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 17, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow