# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Symbology Innovations, LLC, | ) |
| *Plaintiff*, | ) Case No. 3:19-02867-JGC |
| v. | ) Judge James G. Carr |
| Johnny Rockets Group, Inc., | ) |
| *Defendant*. | ) |

Now comes, Plaintiff Symbology Innovations LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby voluntarily dismisses all claims it asserted against Defendant Johnny Rockets Group, Inc. in this action WITH PREJUDICE. Johnny Rockets Group, Inc. has not served an answer or a motion for summary judgment.

Dated:  April 20, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 20, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow